1  RAMIN R. YOUNESSI, ESQ. (SBN 175020)
   CARLOS PEREZ, ESQ. (SBN 285645)
2  LAW OFFICES OF RAMIN R. YOUNESSI
   A PROFESSIONAL LAW CORPORATION
3  3435 Wilshire Boulevard, Suite 2200
   Los Angeles, California 90010
4  Telephone: (213) 480-6200
   Facsimile: (213) 480-6201
5
   Attorneys for Plaintiff,
6  NORMA SERRANO

7  ELIZABETH NGUYEN, Bar No. 238571
   enguyen@littler.com
8  LITTLER MENDELSON, P.C.
   2049 Century Park East, 5th Floor
9  Los Angeles, CA  90067.3107
   Telephone:  310.553.0308
10 Facsimile:   310.553.5583

11 DERRICK LAM, Bar No. 275431
   dlam@littler.com
12 LITTLER MENDELSON, P.C.
   633 West 5th Street, 63rd Floor
13 Los Angeles, CA 90071
   Telephone:  213.443.4300
14 Facsimile:  213.443.4299

15 Attorneys for Defendant
   GARFIELD BEACH CVS, L.L.C.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NORMA SERRANO,<br><br>Plaintiff,<br><br>v.<br><br>GARFIELD BEACH CVS, L.L.C., a California limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  2:16-cv-6897 CAS (ASx)<br><br>Hon. Christina A. Snyder<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(A)]** |
|---|---|

/ / /

# [PROPOSED] ORDER

Good cause appearing and **IT IS HEREBY ORDERED**, that the above matter, in its entirety, is dismissed with prejudice. The Court to retain jurisdiction to enforce the Parties' Settlement Agreement.

Dated: May 11, 2017

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE